UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

Eastern District of Kentucky
FILED
AUG 10 2023
AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.   INDICTMENT NO. 23-38-DLB-CJS

JOHNNY W. TURNER III

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 18 U.S.C. § 922(n)

On or about August 12, 2022, in Campbell County, in the Eastern District of Kentucky,

**JOHNNY W. TURNER III,**

who was then under indictment for a crime punishable by imprisonment for a term exceeding one year, to wit: Assault in the First Degree, did willfully receive a firearm, that is, a Springfield Armory Inc., XDs-9, 9x19mm pistol, bearing serial number XS924607, said firearm having been shipped and transported in interstate and foreign commerce, all in violation of 18 U.S.C. § 922(n).

### FORFEITURE ALLEGATIONS
### 18 U.S.C. § 924(d)
### 28 U.S.C. § 2461

1.   By virtue of the commission of the offense alleged in this Indictment, **JOHNNY W. TURNER, III** shall forfeit to the United States any and all firearms and

ammunition involved in or used, or intending to be used, in the violation(s) of 18 U.S.C. § 922. Any and all interest that **JOHNNY W. TURNER, III** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

2. The property to be forfeited includes, but is not limited to, the following:

    a. Springfield Armory Inc., XDs-9, 9x19mm pistol, bearing serial number XS924607;

    b. All associated ammunition and accessories.

**A TRUE BILL**

*[signature]*

**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## **PENALTIES**

Imprisonment for not more than 5 years, a fine of not more than $250,000, and supervised release for not more than 3 years.

**PLUS:** Forfeiture of all listed property.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.